Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13202−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chigbo Ofodike
31 Tooker Place
Springfield, NJ 07081

Azuka Ofodike
31 Tooker Place
Springfield, NJ 07081

Social Security No.:
xxx−xx−8589

xxx−xx−1760

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/13/18 at 09:00 AM

to consider and act upon the following:

*29* – Certification of Default of Standing Trustee. re: Failure to Obtain a Loan Modification. Report. Filed by Marie−Ann Greenberg. Objection deadline is 08/27/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Greenberg, Marie−Ann)

*30* – Certification in Opposition to Trustee Certification of Default (related document:29 Certification of Default of Standing Trustee. re: Failure to Obtain a Loan Modification. Report. Filed by Marie−Ann Greenberg. Objection deadline is 08/27/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Marie−Ann Greenberg) filed by Donald C. Goins on behalf of Chigbo Ofodike. (Goins, Donald)

Dated: 8/21/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court