Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13202−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chigbo Ofodike
31 Tooker Place
Springfield, NJ 07081

Azuka Ofodike
31 Tooker Place
Springfield, NJ 07081

Social Security No.:
xxx−xx−8589

xxx−xx−1760

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/13/18 at 09:00 AM

to consider and act upon the following:

*29* − Certification of Default of Standing Trustee. re: Failure to Obtain a Loan Modification. Report. Filed by Marie−Ann Greenberg. Objection deadline is 08/27/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Greenberg, Marie−Ann)

*30* − Certification in Opposition to Trustee Certification of Default (related document:29 Certification of Default of Standing Trustee. re: Failure to Obtain a Loan Modification. Report. Filed by Marie−Ann Greenberg. Objection deadline is 08/27/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Marie−Ann Greenberg) filed by Donald C. Goins on behalf of Chigbo Ofodike. (Goins, Donald)

Dated: 8/21/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Chigbo Ofodike  
Azuka Ofodike  
    Debtors

Case No. 18-13202-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 21, 2018  
                    Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.  
db/jdb        +Chigbo Ofodike,   Azuka Ofodike,   31 Tooker Place,   Springfield, NJ 07081-2227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:

       Brian E Caine     on behalf of Creditor    Wilmington Savings Fund Society, bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Donald C. Goins     on behalf of Joint Debtor Azuka    Ofodike dcgoins1@gmail.com, G25787@notify.cincompass.com  
       Donald C. Goins     on behalf of Debtor Chigbo    Ofodike dcgoins1@gmail.com, G25787@notify.cincompass.com  
       Marie-Ann Greenberg     magecf@magtrustee.com  
       Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                  TOTAL: 7