UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on September 19, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

IN RE:

CHIGBO OFODIKE
AZUKA OFODIKE

Case No.:  18-13202 JKS

Hearing Date:  9/13/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 19, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): CHIGBO OFODIKE
AZUKA OFODIKE

Case No.: 18-13202

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/13/2018 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Loss Mitigation program extension by 9/20/18; and it is further

- ORDERED, that if the Court's Docket does not reflect a Loss Mitigation program extension has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.