| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 19,<br>2018 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| IN RE:<br><br>   CHIGBO OFODIKE<br>   AZUKA OFODIKE | Case No.:  18-13202 JKS<br><br>Hearing Date:  9/13/2018 |

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): CHIGBO OFODIKE
AZUKA OFODIKE

Case No.: 18-13202

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/13/2018 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Loss Mitigation program extension by 9/20/18; and it is further

- ORDERED, that if the Court's Docket does not reflect a Loss Mitigation program extension has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Chigbo Ofodike  
Azuka Ofodike  
    Debtors

Case No. 18-13202-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db/jdb        +Chigbo Ofodike,  Azuka Ofodike,  31 Tooker Place,  Springfield, NJ 07081-2227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

        Brian E Caine    on behalf of Creditor   Wilmington Savings Fund Society, bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Donald C. Goins    on behalf of Joint Debtor Azuka  Ofodike dcgoins1@gmail.com, G25787@notify.cincompass.com  
        Donald C. Goins    on behalf of Debtor Chigbo  Ofodike dcgoins1@gmail.com, G25787@notify.cincompass.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                  TOTAL: 7