UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtors

In Re:

Chigbo Ofodike & Azuka Ofodike,

Case No.: 18-13202

Chapter: 13

Judge: JKS

Order Filed on December 19, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___9 / 28 / 2018___ :

Property:     31 Tooker Place, Springfield NJ 07081

Creditor:     Wilmington Savings Fund Society

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___3/14/19___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*