UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtors

In Re:

Chigbo Ofodike & Azuka Ofodike,

**Order Filed on May 29, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 18-13202 |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 29, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___12 / 19 / 2018___ :

Property:     31 Tooker Place, Springfield NJ 07081

Creditor:     Wilmington Savings Fund

and a Request for

    ☒   Extension of the 90 day Loss Mitigation Period having been filed by ____the debtor____,
      and for good cause shown

    ❑   Early Termination of the Loss Mitigation Period having been filed by _____,
      and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___8/22/19___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*