UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtors

**Order Filed on May 29, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Chigbo Ofodike & Azuka Ofodike,

Case No.: 18-13202

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 29, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __12 / 19 / 2018__ :

Property: 31 Tooker Place, Springfield NJ 07081

Creditor: Wilmington Savings Fund

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by __the debtor__, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __8/22/19__.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Chigbo Ofodike  
Azuka Ofodike  
    Debtors

Case No. 18-13202-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 29, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.  
db/jdb        +Chigbo Ofodike,   Azuka Ofodike,   31 Tooker Place,   Springfield, NJ 07081-2227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:

         Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, bcaine@parkermccay.com,  
          BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Donald C. Goins    on behalf of Joint Debtor Azuka  Ofodike dcgoins1@gmail.com,  
          G25787@notify.cincompass.com  
         Donald C. Goins    on behalf of Debtor Chigbo  Ofodike dcgoins1@gmail.com,  
          G25787@notify.cincompass.com  
         Marie-Ann  Greenberg     magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 7