Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18−13202−JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Chigbo Ofodike                                  Azuka Ofodike
  31 Tooker Place                               31 Tooker Place
  Springfield, NJ 07081                  Springfield, NJ 07081

Social Security No.:
  xxx−xx−8589                                    xxx−xx−1760

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on July 8, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 9, 2019
JAN: zlh

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Chigbo Ofodike  
Azuka Ofodike  
    Debtors

Case No. 18-13202-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 09, 2019  
                    Form ID: 148     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.

```
db/jdb         +Chigbo Ofodike,    Azuka Ofodike,    31 Tooker Place,    Springfield, NJ 07081-2227
517340704       ARS,    PO Box 459079,    Sunrise, FL  33345-9079
517340707       Citibank, NA,    Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ  07054-5020
517340709       Credit Control, LLC,    PO Box 31179,    Tampa, FL  33631-3179
517385233      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517984681       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517340710       MACYS,    PO Box 78008,    Phoenix, AZ  85062-8008
517340711       Midland Funding, LLC,    C/O Pressler & Pressler, L.L.P.,    7 Entin Rd,
                 Parsippany, NJ  07054-5020
517340713       Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA  92619-2708
517439544      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517481875       Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 22:37:59     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 22:37:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517340703       EDI: RMCB.COM Jul 10 2019 02:33:00      American Medical Collection Agency,    PO Box 1235,
                 Elmsford, NY  10523-0935
517340705       EDI: CAPITALONE.COM Jul 10 2019 02:33:00      CAPITAL ONE BANK (USA), N.A.,    PO BOZ 71083,
                 CHARLOTTE, NC  28272-1083
517340706      +EDI: CHASE.COM Jul 10 2019 02:33:00      CHASE BANK U.S.A.,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
517340708       EDI: WFNNB.COM Jul 10 2019 02:33:00      COMENITY/ LANE BRYANT,    PO Box 659728,
                 San Antonio, TX  78265-9728
517490997      +EDI: CAUT.COM Jul 10 2019 02:33:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517440126      +EDI: MID8.COM Jul 10 2019 02:33:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517340712       EDI: PRA.COM Jul 10 2019 02:33:00      PORTFOLIO RECOVERY ASSOCIATES, LLC,    PO Box 12914,
                 Norfolk, VA  23541-0914
517437010       EDI: PRA.COM Jul 10 2019 02:33:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (USA), N.A.,    POB 41067,    Norfolk VA 23541
517471479       EDI: Q3G.COM Jul 10 2019 02:33:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
517471478       EDI: Q3G.COM Jul 10 2019 02:33:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
517483830      +E-mail/Text: bncmail@w-legal.com Jul 09 2019 22:38:00      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517340715       EDI: TFSR.COM Jul 10 2019 02:33:00      TOYOTA Financial Services,    PO Box 5855,
                 Carol Stream, IL  60197-5855
517340716       EDI: WFNNB.COM Jul 10 2019 02:33:00      TOYOTA Rewards Visa,    PO Box 659820,
                 San Antonio, TX  78265-9120
517340714      +EDI: WTRRNBANK.COM Jul 10 2019 02:33:00      Target National Bank,    P.O. Box 660170,
                 Dallas, TX 75266-0170
517669580       EDI: ECMC.COM Jul 10 2019 02:33:00      US Department of Education,    PO Box 16448,
                 St. Paul, MN 55116-0448
517468047      +EDI: AIS.COM Jul 10 2019 02:33:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 18
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor   Wilmington Savings Fund Society, bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Joint Debtor Azuka   Ofodike dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Donald C. Goins    on behalf of Debtor Chigbo   Ofodike dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```