**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on July 8, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.: 18-13202**

IN RE:

   CHIGBO OFODIKE
   AZUKA OFODIKE

**Judge: JOHN K. SHERWOOD**

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 8, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  CHIGBO OFODIKE
            AZUKA OFODIKE

Case No.:  18-13202

Caption of Order:    Order Dismissing Petition

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) to sell or refinance property or complete a loan modification as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13202-JKS
Chigbo Ofodike                                                            Chapter 13
Azuka Ofodike
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 09, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db/jdb        +Chigbo Ofodike,    Azuka Ofodike,    31 Tooker Place,    Springfield, NJ 07081-2227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor   Wilmington Savings Fund Society, bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Joint Debtor Azuka   Ofodike dcgoins1@gmail.com,
          G25787@notify.cincompass.com
          Donald C. Goins    on behalf of Debtor Chigbo   Ofodike dcgoins1@gmail.com,
          G25787@notify.cincompass.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7